JUL 21 2004

FILED
JUL 21 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC.<br>d/b/a CAREFIRST BLUE CROSS BLUE SHIELD )<br><br>Plaintiff,<br><br>vs.<br><br>CAREFIRST PREGNANCY CENTERS, INC.<br>et al.<br><br>Defendants. | Civil Action: 04 C 1044<br>Judge Lefkow |

## STIPULATION OF CONSENT JUDGMENT

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1. Carefirst of Maryland, Carefirst Pregnancy Centers, Inc. and Carefirst Prevention Services, Inc. consent to the Court's entry of a Consent Judgment in the form attached to this Stipulation without further notice to any party or other proceedings.

2. The attached Consent Judgment is a final and complete settlement of all claims in the above action.

3. In the event the proposed Consent Judgment is not entered pursuant to this Stipulation, this Stipulation shall become null and void, be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

1

FOR PLAINTIFF CAREFIRST OF MARYLAND, INC.

Dated: 7-20-04

Kara E. E. Cenar, Esquire (#0198864)
Julie A. Katz, Esquire (#06204541)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606-3912
Phone: (312) 655-1500
Fax: (312) 655-1501
*Local Attorneys for Plaintiff*

Barth X. deRosa, Esquire
Ruth Mae Finch, Esquire
STEVENS DAVIS MILLER MOSHER LLP
1615 L Street, N.W., Suite 850
Washington, D.C. 20036
Phone: (202) 785-0100
Fax: (202) 408-5200
*Attorneys for Plaintiff*

FOR THE DEFENDANTS CAREFIRST PREGNANCY CENTERS, INC. AND CAREFIRST PREVENTION SERVICES, INC.

Dated: 7/6/2004

Matthew G. McAndrews, Esquire
Dina M. Hayes, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **STIPULATION OF CONSENT JUDGMENT** has been served this 21st day of July 2004, by first class mail, postage prepaid on the following:

Matthew G. McAndrews, Esq.
Dina M. Hayes, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
*Counsel for Defendants*

_____
One of the Attorneys for Plaintiff